**DISMISS and Opinion Filed March 10, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-20-00804-CV

___

## CARL ROBINSON, Appellant
## V.
## CELESTE SZU-YUAN HUANG AND JASON WEI-LUN HAN, Appellees

___

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01565-2020**

___

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Osborne

Appellant's brief in this case is overdue. By postcard dated January 6, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed a further extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200804F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARL ROBINSON, Appellant

No. 05-20-00804-CV      V.

CELESTE SZU-YUAN HUANG
AND JASON WEI-LUN HAN,
Appellees

On Appeal from the County Court at
Law No. 1, Collin County, Texas
Trial Court Cause No. 001-01565-
2020.
Opinion delivered by Justice
Osborne. Justices Myers and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees CELESTE SZU-YUAN HUANG AND
JASON WEI-LUN HAN recover their costs of this appeal from appellant CARL
ROBINSON.

Judgment entered March 10, 2021